Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno: Diarra M. Guthrie, 212-637-2463

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

**23 MAG 5989**

| United States of America | ) |
| v. | ) |
| | ) Case No. 23 Mag. |
| FNU LNU, | ) |
| a/k/a "Abner Isaac Gomez Solis" | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     FNU LNU, a/k/a "Abner Isaac Gomez Solis"                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. §§ 1028A, 1542, and 2 (passport fraud and aggravated identity theft)

Date:    08/10/2023

*Issuing officer's signature*

City and state:    New York, NY            Hon. Gabriel W. Gorenstein
                                            *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*